

January 12, 2015

2015 JAN 20 PM 3: 26

Complaint

1. Violation Article 18 the Universal Declaration of Human Rights.
2. Organized Stalking to include but not limited to: Security officers 2003-2010
3. Invasion of Privacy A) Personal  B) Business  C) Non Profit
4. Theft of Property   A) Personal  B)Business  C) Non Profit
5. Discrimination Work related
6. Discrimination Housing related
7. Stalking by Internet

**EP15CV0013**

   I worked for Dr. Joseph "Jody" Kincaid Jr., at The Anthony Animal Clinic 901 E. Franklin, Anthony Texas 79821 from May 1989 to May 1997. It was required that I as an employee, in order to maintain employment, sign a form agreeing to study the business teachings of L.Ron Hubbard. The teaching for Sterling Management by L. Ron Hubbard was to not be connected to L.Ron Hubbard's work with and for the Church of Scientology. Employees were required to do weekly training and some training was required out of the office, Albuquerque, Dallas and El Paso.

After leaving the employment May 1997. I contacted the Church and informed I did not want anything to do with the Church as I only did the training for employment and I am a Christian and knowing the church did not believe in Jesus I did not want to be contacted in any way. The harassment has continued. I had also contacted attorneys but due to number of employees nothing could be done regarding the church teachings or harassments.

In Dallas for training, I was offered over the years, about 1993 to 1997, employment. There were people involved in real estate, art, who owned a mall in north Dallas, upper most management of Dallas Based Airline, billionaire who ran for president, who had been with the church for 15 to 20 years. I could have worked for the church part time and worked outside the church. Training would be provided for free. I would have lived with others working for church. I would not have my own room as no one did. My name would not be on a lease as people from the church took care of that. The church only rented from people with the Church. Money would have been deducted for my rent, utilities. The rent for those working for the church were reduced. The church never paid full price for rent. I, at the time thought how nice that was for the rich with the church to help with rent.

If I had worked for the church after a while I may have been put on assignment. My schooling would be paid for by the church and I could have been employed by those against the church only to report back to the church. I was offered to go to school to become a minister, as for more than 30 years (told 90's) people with the church had been in places of faith, mostly Christian, to earn trust of people while pretending to be Christian, while convincing it was okay material by L. Ron was to be separate from church.

A mission of the church was to overtake the finances of the government. There was to have been an investigation done by a President in the 70s. When the investigation was over the church was to have formed their own version of the CIA. They were to have access all across the world into various law enforcement, CIA, police departments and more. So they had people in place to make sure that another investigation by the government was never opened. Mission also to overtake Christian churches. In the 90s the church was to have financial control of a percentage of Methodist churches in Dallas. People who were Christian were to have no idea the Church was in control and using money for what looked like Christian ministries etc. for Church of Scientology. They are forbidden to ever tell their true identity, purpose to anyone in the church.

In the Dallas area years ago they were to have formed a Catholic Charity that was actually to be a part of the Church of Scientology. There were other Christian ministries, nonprofits formed and or controlled by the Church. With this they were able to access personal information, giving ways to contact people. There were to be people involved with the IRS that were to give access to the church. Plus they were able to collect money and then basically give back to themselves.

Often at the church I was taken outside to talk. I asked why. This was because I was asking so many questions and the church was bugged. With my asking so many questions their boss may think they were not giving me right tech. Where they lived was to be bugged in case anyone went home and said anything bad, or had questions about the church teaching it could be handled right away. People who were to be against the church were to have places of business, homes bugged by the church. They were to do it in such a way they could never be caught as they would know when they were being checked and could turn it off. Then there were to be devices the normal person could never have access to and the devices could read thought. By having access to this no one would be able to ever do anything against the church.

I told them to leave me alone. More than 17 years later they have not. Interference with medical also.

The information dated January 12, 2015 was typed at Library. That which has been written/typed had not been discussed with anyone. Contents of envelope to be mailed 1/15/15 had not been discussed with anyone prior to mailing.

Additional defendants may be named.



(2)