Advisory TO Court
EP-15-cv-00013-Fm

PER ONLINE SOURCES FEBRUARY 2, 2015

Church of Scientology Mission of El Paso

1120 El Paso Street

El Paso, Texas  79902

915-727-5527

Director, President   Jody Kincaid

Hours show for Life Improvement Center same address

M,T,W 6:30 to 8:30 p.m.

Thurs 1:30 to 2:30

Sat     12:30 to 3:30

Contact Joni 915-727-5527


If additional is needed

The Church Of Scientology of Dallas

451 Decker Drive

Irving Texas 75062

214-524-5300


When employed for Dr. Kincaid training was done in El Paso and Dallas as well as Albuquerque NM

TO THE ATTENTION OF UNITED STATES DISTRICT JUDGE    FRANK MONTALVO

REGARDING  EP-15-CV-00013-FM        Lori Damon

FILED 2015 FEB -6  AM 10: 24

This is typed from public computer at library, saved to thumb drive. Small notebooks have been kept since about 2008. Plus prior info in manuscript.

In reference to Income, My error in failing to send the one page. Tax returns were going to be sent with that page along with info regarding attorney contacts. When I realized I didn't have returns on hand. I was waiting till I gather other info to show attorney etc. contacted which is not where I live.

The EEOC had been contacted and the EEOC DENIED ME THE RIGHT to file a claim due to number of employees with Dr. Kincaid. So, no complaint regarding sexual harassment, cruelty to animals {Magic Dot Haslet dog came in with upper respitory left with slight fracture} Gandolf, may have been for neuter came back days later with small basketball size lump on neck, it was to be because dog got out of hand. Owner lived in chaparral} and more, having employees practice his faith teachings at work could not be filed. I filed a complaint when I filed for unemployment. Never heard what happened there. As I didn't pursue claim as I went on with my life. The church of scientology still called sent a lot of mail. A letter was sent for them to leave me alone.

The Veterinarian Review Board in New Mexico had been contacted. Ketamine, controlled drug was dispensed for cash for breeder doing own pit bull crops. Clients came in to pick up Banamine for migraines, other pain as well as drugs recommended by Kincaid for employees to take as to not get ripped off by medical doctors. Dr. Kincaid had been on probation when I first started due to inventory of controlled drugs. Never heard back from review board but didn't expect to. My home loan was handled thru then western bank and they were made aware of the harassment I was enduring and why I had to leave the area and pursue work elsewhere.

While having to take services for employment with the church I had been told over the years especially from Dallas that they had people in the Governor's office not just Texas but all over the US and people were placed in various positions to make sure an investigation never opened into one of their own.

I contacted attorneys whose names I no longer have as my then home at 15 Pettit road Anthony NM had been ransacked and all paperwork stored in a closet was stolen. There may be info to show connection to one or more directly or indirectly connected to church who may have knowledge of break-in and theft and vandalism. I had been living in Midlothian Texas and had returned home to get belongings. I had been paying for the house from Midlothian TEXAS. There may be info to show one or more who I had been connected to through employment or neighbors may have knowledge of what occurred. There is much of this time which is included in the manuscript.

The attorneys, had been referred to me through court reporter Judd Rima, who last I knew was in Nogal NM. One attorney informed that three things were needed for a case Intent, motive, opportunity and I had all yet because of Title 7 nothing could be done. I was then referred to another and while there I came to know that Dr. Bill LA Rock was a client there. He is with the church. Dr. Arthur Bigenowskis name was also mentioned as if to be a client. He was to be friend of Kincaid as he was recommended.

1

Employees of church often took me outside to talk. I asked why we went outside. Because the church was bugged and I was always asking too many questions. The employees homes were to be bugged incase an employee went home and questioned anything about the church. Those who were against the church were to have their homes and offices bugged and people with church were sent to work for people against the church to know everything that went on. I met an employee of church in Dallas who was going to play Christian. He worked at Christian church to gather info. He had his drivers' license and one with different name and address that he used for work so no one would know he was with the church.

They are to have people in the highest levels of government and have access to devices normal people don't have. They know if someone is looking to see if bugged but they turn off their devices so they cannot be caught. They were to have a device that could determine what is being thought. And because of that no one could stop their Mission to overtake aspects of government functions and financial control of many Christian Churches.

When I included the security work that is because there may be info to show security officers involved with invasion of privacy. I could go home make a call to family out of state and go to work and coworker or other connected made commented that were word for word for word of what my conversation was without my ever telling. Same with conversations at home etc. I go to work and people talk of the very things I said or did at home. Word for word for word. Over the years since about 2008 I have documented my thoughts, dreams, and conversations. I have said and done things in what was to be the privacy of my own home, documented it, documented the days and nights in order and documented anytime there was mention that may show invasion of my privacy. I could go to my medical doctor. Go to work and security officer would be talking of word from word what my doctor had told me as if their doctor had just told them that. And yes I have gone to work to have another more than one occasion talk of having a dream. The dream very similar to my dream. Documented. As it happened.

Although to some degree there are civil right aspects to this case there may be acts to show criminal activity which may have ties along government levels, nonprofit funds not in accordance with the actual nonprofit.

So without an attorney to some degree I am right back where I have always been to this point denied. But then again I have my belief in God and I will have a baseball. The baseball reference is due to a letter.

There was theft of property from

15 Pettit Rd Anthony NM No law enforcement was contacted due to veterinarian already have connections to law enforcement. I know there were people he gave discounts for doing things for him to find out information. Judd Rima may have been asked to find something out for the Vet one time and then I think it may have come back to him. There may be info to show local law enforcements actions just last year to show harassment. There had been suspicious calls from Marge Mace who was friends with Carlyn Ladd{former coworker friend} in the months prior to my return on or about October 2001. It was after this trip that all of sudden work dried up. Info may show connection through that employment also. Without work I lost the house.

Residence at Timbercreek apartments Dallas

Amesbury Townhomes and Apartments Dallas

806 NE 19th Street Grand Prairie, landlords only accepted cash and did not give receipts and were to not file amount with taxes. As time went on info that may show connection to church.

2175 S. Hwy 121 Lewisville Texas

One or more entered apartment without my prior knowledge this was reported to a detective who was to be connected to Angela Hunt of Dallas City Council. He had come to inform that Hunt could not assist me and not to contact again. Strange as if she wasn't going to help then why not contact when I first sent info several months earlier. I had spoken to her secretary a number of times, why not have her tell me or was somebody wanting to know. There may be info then and at later time to show connection directly or otherwise to persons connected to church. And in part that is why I contacted as over time it may show where there are connections to keep reports and activities of crime from being reported to the proper law enforcement thus keeping any investigation from opening. The info hand written, not discussed with any prior somehow was known by those I rented from.

At the time Angela Hunt was contacted I already had info that may show a friend of hers years earlier had befriended in order to betray. This was while I was employed with Whelan Security As again I could leave work go home come back to work and talk of someone having had the same conversation as I and not just once or twice.

Wyatt and Underwood 705 Texas Avenue El Paso Contacted by letter hand written never heard.

Had visited office last year to inquire on an old ticket. There was to be a pending warrant out for my arrest per employee at Wyatt Underwood. I went to Vinton on later trip. There was no such thing. No pending, no warrant. I was asked who told me that. It then went for dismissal. Any by the way the ticket years earlier had been dismissed as I had insurance and it was dismissed through Bruce King's office. That however was stolen from 15 Pettit road there may be people near that area still who had knowledge of what was stolen. At time of contact I didn't know that Wyatt had ties to Dallas. And ties to Dallas with big money have ties to church. So were any at office of Underwood and Wyatt ever contacted by any in Dallas or with church only after my joining Facebook while living in Dallas and finding friends in El Paso.

Letters received from legal aids in El Paso and Dallas they don't handle criminal cases or to the effect.

Had contacted Maxine Aaronson regarding Tax issues for nonprofits in about 2009. Years earlier when she befriend it was presented if I ever needed anything she would help me just let here now. I contacted wondering by what had been said if she was connected to church. Her secretary left voicemail she was not taking new clients. Saved.

Private security board contacted number of times. While employed at American Airlines Center at time when Ross Perot Jr. was part money deducted from check for renewal. Was never listed as employee never received refund of funds from check. Over time other company's employees who knew a lot about me without my telling were not listed as employees.

About 2009

Sent info J. Brandy Gardes AUSA Criminal Division. El Paso

Due to Name typed on bottom of each page to assure that no one from church if connected to El Paso was able to interfere with info sent, was returned to me. And there may be dates stamped as to when it had been received. Pictures were taken.

Stolen from storage while employed by IRAM for SWA HDQ building was the receipts to show when I mailed. After this was noticed. There was one or more employed with company that described having a storage unit and was to have some items that were exact to mine. There may be info to show more than 20 employees involved in harassment etc. I may have been denied pay raise here as result of my faith.

SO, Title 7 denied me any rights then and because in part or all to that denial harassment denial of rights has continued over the years. Seeking also change in Title 7. And also there is international civil rights.

Verification in part will be available in El Paso on or about February 24, 2015.

I hope I don't have to register with PACER as many of my accounts have been hacked into overtime.

Lori Damon

[X]   CONTACTED LOCAL LAWYER REFERRAL SERVICE. (San Antonio Bar Association Lawyer Referral Service: (210) 227-1853). (List the lawyers to whom you were referred, the attorneys you contacted, and why they could not assist you.)

Due to type of stalking, invasion of privacy, theft and ofurther criminal acts which have intered with obtaining relief from harrassment did not contact. Prior had sought help from tax attorney - Plaza of Americas - Dallas Angla Hunt Dallas City council. As with time though there may be info I show above listed as well as law enforcements / Private Security Board et to be directly involved with C.P.S. or somehow connected to stalkers whether knowingly or otherwise.

II.   Please state your level of education:

[ ]   Did not graduate from high school. (Specify highest grade completed) N/A

[ ]   G.E.D. (Date acquired) N/A

[X]   High School Graduate. (Year graduated) 1984 J.M.Hanks 2001 Lee Trevino

[ ]   Some College. (Specify field of study) N/A

[ ]   College Graduate. (Specify field of study) N/A

[ ]   Graduate Level Education (Specify level and field of study) N/A

III.   Please state your employment for the last five years beginning with your most current employment:

Employer: Pretzels Inc
Salary/Wages per Month: Approx 1800.00   11.00 per hr
Position: production
Dates of Employment: July 2014 Sept 2014

Employer: Manheim - Dallas Auto Auction
Salary/Wages per Month: 21.00 or so per auction   approx 150.00
Position: driver
Dates of Employment: Summer 2014

Employer: Macys
Salary/Wages per Month: Varied 8.00 - 8.60 per hour
Position: merchandiser - mens receiving inventory
Dates of Employment: Sept 2011 to May 2014

Employer: Walmart
Salary/Wages per Month: approx 1600.00
Position: overnight stocker
Dates of Employment: Oct 2011 to Feb 2014

Aug-2003 to Sept 2010 Security - Various companies

To U.S.
Western District of Texas
From Lori Damon

Looking to be in El Paso area on or about February 23, 2015 for Dental work.

Due to interference involving medical, dental etc there is only one place where I can go for dental where I know there will not be compromise to my care or confidentiality to care.

About 2001 A friend at the time, Adela King of Midlothian, had taken me to her dentist in area near Dallas. I was having a tooth pulled. During the visit an employee of the dentist came in while the Doctor was with me. She informed there was a man there to see him. She then whispered in his year. He left. He returned. She came back a number of other times while he was in process of pulling my tooth. He was told by her. He needs to see you again. It took well over an hour to pull the tooth. It felt through the process that he was drilling into my bone. And that hurt. In the end he apologized if it seemed like he was drilling into my bone.

I am looking to have all fillings that were done by dentists where there may be information to show a connection in any way shape or form to church, removed and refilled.

While employed for IRAM, {Austin} based then, I was informed while employed at SWA HDQ buildings that Jay Oros, Security for Southwest Airlines had bugged my apartment and I would never find it.

Lori Damon
14911 Chain Lake Rd M441
Monroe, WA 98272

Clerk U.S. District Court
Western District of Texas
United States Court House
525 Magoffin Avenue Room 105
El Paso, Tx 79901